# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

C.B.,

Appellant,

v.

THOMAS N. FISCHGRUND,

Appellee.

No. 2D2024-0709

_____

June 28, 2024

Appeal pursuant to Fla. R. App. P. 9.130(a)(5) from the Circuit Court for Pinellas County; Patrice W. Moore, Judge.

Mark A. Neumaier, Tampa, for Appellant.

Thomas N. Fischgrund, pro se.


PER CURIAM.

Affirmed.  *See* Fla. R. App. P. 9.315(a).

LUCAS, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.